IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Newport News Division)

| | |
|---|---|
| LARRY D. REESE,<br><br>    Plaintiff,<br><br>v.<br><br>J.C. PENNEY COMPANY, INC., *et al.*,<br><br>    Defendants.<br>-----------------------------------------------<br>WINTER CONSTRUCTION COMPANY,<br><br>    Defendant/Third Party Plainitff,<br><br>v.<br><br>PREMIUM INSTRALLATION &<br>MANAGEMENT, LLC,<br><br>    Third Party Defendant. | Civil Action No.: 4:14cv156 |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by counsel, represent to the Court that all matters in controversy herein have been settled and this action shall be dismissed agreed, with prejudice.

RESPECTFULLY SUBMITTED,


_____/s/_____
Lowell A. Stanley, Esq.
VSB No. 18323
Attorney for Plaintiff, Larry D. Reese
THE LOWELL STANLEY FIRM
6330 Newtown Road, Suite 324
P.O. Box 12639
Norfolk, Virginia 23541
(757) 461-5555; (757) 466-1527 (Facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this <u>12th</u> day of Mayl 2015, a copy of the foregoing Notice of Settlement was sent by First Class U.S. Mail to the following:

Brian A. Cafritz, Esq.
Kalbaugh, Pfund & Messersmith, P.C.
901 Moorefield Park Drive, Suite 200
Richmond, VA 23236
Brian.Cafritz@kpmlaw.com
(804) 320-6312 facsimile
*Counsel for J.C. Penney Corporation, Inc.*

Jessica G. Relyea, Esq.
Kalbaugh, Pfund & Messersmith, P.C.
901 Moorefield Park Drive, Suite 200
Richmond, VA 23236
Jessica.Relyea@kpmlaw.com
(804) 320-6312 facsimile
*Counsel for J.C. Penney Corporation, Inc.*

Helen E. Jhun, Esq.
Kalbaugh, Pfund & Messersmith, P.C.
555 East Main Street, Suite 1200
Norfolk, Virginia 23510
Helen.Jhun@kpmlaw.com
(757) 623-5700 facsimile
*Counsel for J.C. Penney Corporation, Inc.*

Craig D. Sarner, Esq.
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street NW, 8th Floor
Washington, D.C. 20036
csarner@bonnerkiernan.com
(202) 712-7100 facsimile
*Counsel for Winter Construction Company*

Wirt P. Marks, IV, Esq.
Robert Harrington & Associates
7401 Beaufont Springs Drive, Suite 401
Richmond, VA 23225
wirt.marks@selective.com
(855) 721-4005 facsimile
*Counsel for Premium Installation & Management, LLC*

By: _____/s/_____
      Lowell A. Stanley

Lowell A. Stanley, Esq. VSB 18323
THE LOWELL STANLEY FIRM
6330 Newtown Road, Suite 324
Norfolk, Virginia 23502
(757) 461-5555
(757) 466-1527 facsimile